171 So.2d 478

Richard E. BROWN, Jr., Administrator, etc.

v.

SOUTHERN AIRWAYS, INC., et al.

No. 47612.

Feb. 23, 1965.

In re: F. C. Doyal, Jr., Administrator, etc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 170 So.2d 245.

The application is denied. The judgment complained of is correct.

171 So.2d 478

Succession of Mrs. Ruby L. HOLMS, widow of Ernest Aaron FRANKS.

No. 47613.

Feb. 23, 1965.

In re: L. J. Scanlon, Public Administrator, etc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 178.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

171 So.2d 478

William WATSON

v.

MID-CONTINENT AERIAL SPRAYERS, INC., et al.

No. 47616.

Feb. 23, 1965.

In re: William Watson applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 170 So.2d 149.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.